2010 FEB -5 PM 12: 36

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
| KATHY SUE GARCIA | BANKRUPTCY # 09-24260 |
| Debtor(s). | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**           **CHECK AMOUNT**
Mountain Land Collections                     $1.63
PO Box 1280
American Fork, UT 84003

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1.63** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 3rd day of February, 2010.

_____/s/_____
Steven R. Bailey, Trustee